United States Courts
Southern District of Texas
**FILED**

JAN 27 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SYE NEWTON, CEUNDRIC CAMPBELL, ADAM TREVINO, et al, plaintiffs, § § § vs. § § PRESIDENT JOSEPH BIDEN SR., in his § official capacity as President of United States § of America, MERRICK GARLAND in his § official capacity as Atttorney General of the § United States; JOHN DOE, in his official capa- § city as Director of the United States Marshals § Service; Chief Judge LEE H. ROSENTHAL, § Judge ALFORD BENNETT, Judge DAVID § HITNER, Judge et al., Judges of the Southern § District of Texas-Houston Division-in their § Official capacities, JENNIFER B. LOWERY, § in her official capacity as acting United States § Attorney, CORDT AKERS, esq., JONATHAN § C. FRANK, esq., DENNIS HESTER, esq., § acting in their individual capacities; JOHN § DOE(S), JANE DOE(S) in their official capa- § cities as police and investigative agencies for the § various municipalities and cities of the STATE § OF TEXAS, et al, § | Case No. _____<br>Class Action<br><br>CONSTITUTIONAL RIGHTS VIOLATIONS<br>[4th, 5th, 6th, 8th, 9th, 10th, 13th, 14th,]<br><br>BIVENS ACTION<br><br><br><br>Jury Trial Demanded |

COMES NOW, plaintiff(s): SYE NEWTON, CEUNDRIC CAMPBELL, ADAM TREVINO, (plaintiffs "NEWTON" "CAMPBELL" "TREVINO" respectively) appearing pro se, present the following Constitutional Right(s) violation, BIVENS Action, and claim for declaratory, injunctive relief, and full investigation into the Department of Justice in the Houston Division as follows:

I. INTRODUCTION

1. This action places befor the court a lawsuit involving Federal/state agencies, and private actors including the Department of Justice, the Judiciary of the Southern District of Texas, Public Defender's office, Police and investigative agencies, private attorneys, and quasi-public officials.
2. This complaint alleges that minority citizens, i.e. African-American, Latino, and Native-American citizens/defendants (hereinafter 'plaintifffs') in the Untied States District Court, Houston Division (S.D. T.X. Houston, Texas) are being denied numerous protections and privileges guaranteed by the United States constitution discriminatorily by judges,

Class Action Constitutional Rights Complaint

1

prosectors, and defense attorneys relative to similarly situated Caucasian defendants in same courts.

3. This complaint further alleges that systematic and systemic abuses are being suffered by suspect classes of criminal defendants, i.e., "minority pre-trial detainee defendants" in the S.D.TX, in what demonstrates concerted collusion and conspiracies against these suspect classes of pretrial detainee minority plaintiffs in federal custody by association of Federal, state, and private actors based on racial/class-based, invidiously discriminatory animus.
4. Complaint alleges that individuals in their official capacity with the ability to prevent conspiratorial actions-which have previously ,and, will continue to cause harm to class of plaintiffs-have refused to and in numerous instances have perpetuated conspiracies to deprive individuals of numerous constitutional protections in violation of United States Constitution and attendant statutory provisions.
5. Complaint further alleges practices and abuses which fall specifically under Racketeering Influenced Corrupt Organizations, i.e R.I.C.O violations regarding enterprise of Federal, state agencies, police and investigatory departments, and private and court-appointed attorneys colluding and conspiring to deprive minority plaintiffs of inalienable rights and protections afforded through the Constitution of the United States.
6. Complaint alleges that defendants have and continue to violate plaintiffs' rights under Constitution of the United States of America and as such is actionable under BIVENS.
7. Complaint alleges further and incorporates by reference, that all actors acting in their official capacity-individually and severally-have engaged in actions which have caused-or may cause-actual and permanent harm to plaintiffs, especially in regards to continued detention during COVID-19 pandemic which named and some unnamed plaintiffs have contracted.
8. Complaint alleges specifically that rights of plaintiffs under the 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th amendments of the United States Constitution have been and continue to be violated by named and presently unknown defendants.
9. Complaint alleges that named plaintiffs are further class representatives of minority criminal defendants presently in Federal/U.S. Marshal custody-or via private subcontractors-or whom may in future be in custody of the U.S. Govt. in and for the Southern District of Texas, Houston Division.

## II.   PARTIES

**Plaintiff(s):**

10. SYE NEWTON #004787579, PLAINTIFF/PARTY representative is presently-and at all times relevant to this action-a posttrial/pre-sentencing detainee in the custody of the U.S. Marshals at the JOE CORLEY Processing Center in Conroe, Texas. JOE CORLEY Processing Center is owned and operated by Geo. Corp. "NEWTON" is of 'African-American' (Hebrew) and Indigenous-American (First Nations), i.e. Cherokee Nation.
11. CEUNDRIC CAMPBELL #14752579, PLAINTIFF/PARTY representative is presently- and at all times relevant to this action- a pretrial detainee in the custody of the United States Marshals at the privately-owned and operated JOE CORLEY Processing Center in Conroe, Texas. Campbell is of both Latin and African descent, i.e. Afro-Columbian.
12. ADAM TREVINO #_____, PLAINTIFF/ PARTY representative is presently and at all times relevant to this action- a pretrial detainee in custody of the U.S. Marshals at the

2

Class Action Constitutional Rights Complaint

privately owned and operated JOE CORLEY Processing Center.

_____
_____
_____. Et al.... unamed plaintiffs experiencing similar circumstances. Class Certification requested.

**Defendant(s):**

13. JOSEPH R. BIDEN- president of United States Of America;
14. MERRICK GARLAND- U.S. Attorney General;
15. JENNIFER B. LOWERY- Acting U.S. Attorney Houston Division;
16. Asst. U.S. Attorney JILL STOTTS;
17. Asst. U.S. Attorney ERIN EPALY;
18. Asst. U.S. Attorney _____;
19. JONATHAN C. FRANK, esq.;
20. CORDT AKERS, esq.;
21. DENNIS HESTER, esq. Federal Public Defenders Office;
22. LEE H. ROSENTHAL, Chief United States District Judge;
23. DAVID HITNER, United States District Judge;
24. VANESSA GILMORE, United States District Judge-(ret.);
25. ALFORD BENNETT, United States District Judge;
26. Southern District of Texas, Houston Division Judiciary;
27. John Doe, Chief of Houston Police Dept.;
28. John/Jane Doe presently unknown defendants....

### III.   JURISDICTION AND VENUE

29. Jurisdiction is asserted pursuant the United States Constitution and 28 U.S.C. § 2679(b)(2) [BIVENS-allows federal employees to be sued for damages for their violation of the U.S. Constitution.]
30. Plaintiff's claims for *declaratory relief* are authorized under 28 U.S.C. §§2201 and 2202;
31. Plaintiff's claims for *injunctive relief* are authorized under 28 U.S.C. §§ 2283 and 2284.

### IV.   PREVIOUS LAWSUITS

32. Plaintiff(s) as class have not filed any class action lawsuits accepted by court.

### V.   STATEMENT OF FACTS

33. Plaintiff(s) as a class were all arested by multi/intra-agency officers. A combination of federal and state agencies combined to affect arrest.

34. Plaintiff(s) allege violations in the arrest process through either the denial of Miranda rights and/or violations during arrest/unlawful compulsion and or coercion of rights guaranteed under the 5th amendment of the United States Constitution.
35. Plaintiff(s) allege the denial of counsel upon request, continued questioning after reading of "Miranda" rights, etc. by state/federal agencies in violation of 5th amendment right to Due process-as made applicable to the states by the 14th amendment of the U.S. Constitution.
36. Plaintiff(s) allege that Federal Agents/agency conspired to and did actually violate 5th and 6th amendment rights of plaintiffs via use of state agencies to investigate and prosecute crimes where Federal jurisdiction was lacking.
37. Plaintiff(s) allege violation of 5th amendments...of right not to be compelled to be witness against themselves via coercive arrests, detainment in jails (incidents of arrest, i.e. handcuffed, held against free will, involuntary servitude), deprived of liberty without due process of law. Including but not limited to arrest in excess of 24-48 hours without probable cause.
38. Plaintiff(s) allege violation of 4th amendment right to be free from unreasonable search/seizure by state agencies at behest/inducement of Federal Government.
39. Plaintiff(s) denied bail, held without bail, in detention centers, with forced exposure to COVID-19 in violation of Constitutional Rights.
40. Plaintiff(s) allege denial of compulsory process for obtaining witnesses in their favor, i.e. phone records, alibi witnesses, public records, etc with representative attorneys acting tacitly/compromisingly in tandem with United States Attorney office in securing continued detainment/convictions.
41. Plaintiff(s) allege provision of counsel/legal representation falling beneath level of effectiveness required by U.S. Constitution.
42. Plaintiff(s) allege denial of bail and right to bail in violation of 1st and 8th amendment(s) of U.S. Constitution.
43. Plaintiff(s) allege subjection to cruel and unusual conditions even as pretrial detainees under U.S.Marshal custody, via, forced exposure to COVID-19 in facilities lacking adequate medical care. Even where meeting criterion for release.
44. Plaintiff(s) allege violation of 9th amendment of U.S. Constitution through coercion/fraud by attorneys in waiving 6th amendment speedy trial rights, resulting in 5th amendment and other Constitutional violaitons.
45. Plaintiff(s)allege collusion between attorneys-both private and court-appointed-and federal government to deprive plaintiffs of fair and speedy trials, with, tacit knowledge/approval of magistrates and judges. Said magistates and judges having duty to prevent unlawful conspiracies.
46. Plaintiff(s) allege collusion and conspiracy amongst members/representatives of Federal government and judges of Southern District of Texas-Houston, Division to the deprivation of federal detainees constitutional rights' on the basis of ethnicity, race, and/or othewise as class of indigent minorities, in, violation of Constitutional provisions.
47. Plaintiff(s) allege violation of 13th amendment ,i.e. right to be free from slavery and involuntary servitude except as punishment for crime whereof party shall have been *duly* convicted, where forced to remain in detention centers/jails as if convicted and sentenced.

48. Plaintiff(s) maintain that denial of Constitutional protections directly contribute to disenfranchisement, denial of citizenry, incidents of slavery in violation of United States Constitution.
49. Plaintiff(s) maintain that at all times and continuing, remaining deprivation of equal protection of the law at every stage of trial process on account of race/ethnicity in comparison to similarly situated U.S. citizens of Caucasian/White race.

## VI. EXHAUSTION OF ADMINISTRATIVE REMEDIES

50. Plaintiff(s) have no available administrative remedies to exhaust in connection with this complaint. Even were any available, extreme circumstances and nature of complaint fall under exception to exhaustion rule. Plaintiff(s) additionally are being held in a privately-owned and operated facility which lacks procedures found in Federal Bureau of Prisons.

## VII. CAUSE OF ACTION

51. PRESIDENT JOSEPH R. BIDEN SR. leads executive branch of this country and is the leader of this country. He is responsible for overall direction country takes on domestic and foreign concerns. President Joseph Biden on record made assurances to address issues of systemic racism and abuse within Criminial Justice System as part of campain and post-election guarantees. These remain unfulfilled.
52. ATTORNEY GENERAL MERRICK GARLAND is responsible for the direction of the United Statess Attorney office in the United States and Texas specifically-over all Federal prosecutors in the United States. He is also responsible for overall policy of US attorney office.
53. JOHN DOE is the Director of U.S. Marshal Service and is responsible for subordinates and policy/practices undertaken by his deputies.
54. Acting U.S. Attorney Jennifer B. Lowery is head prosecutor over the Houston Division is ultimately in charge of policy/culture of prosecutors in this office.
55. Asst. U.S. Attorney Jill Stotts;
56. Asst. U.S. Attorney Erin Epaly;
57. Asst. U.S. Attorney _____, are each assigned to plaintiffs in complaint and are directly responsible for constitutional violations they have perpetrated singularly in their official capacity, and in conspiracy with defense counsel(s), including conspiring to deprive plaintiff(s) of 4th, 5th, 6th, 8th, 9th, 10th, 13th, 14th, constitutional amendment/rights on the basis of their race, ethnicity, and depriving plaintiffs of equal protection of the laws compared with Caucasian/White citizens.
58. Judge(s) H. Lee Rosenthal, David Hitner, Vanessa Gilmore (ret.), Alford Bennett, acting in their official capacity having a duty to prevent constitutional violation to plaintiffs, have instead contributed to ongoing deprivation of equal rights and privileges to plaintiffs on basis of race/ethnicity and/or other suspect grounds. Otherwise, they have been negligent to such a degree as to have acted arbitrarily and capriciously in violation of plaintiff/party classes constitutional rights.

59. JANE/JOHN DOE(s) sitting in Southern District of Texas, Houston Division judiciary are equally responsible for violation occuring in line #57 to other unnamed class members presently and ongoing.
60. JOHN DOE Chief of Police in Harris County is resposible for training and supervision of officers and is responsible for unlawful arrests and mistreatment of plaintiff classes in handling their cases.
61. JANE/JOHN DOE investigators are presently unknown but represent individuals acting in their official capacity whom contributed and continue to facilitate violations to plaintiffs' constitutional rights on grounds of race/ethnicity.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court enter an order:

62. Injunctive relief in the nature of full investigation into allegations of discriminatory practices/treatment of minority pretrial detainees beginning with investigative process, through grand jury indictments up until sentencing and convictions. In order to ascertain the nature and scope of disciminatory practices, prevalency, and, extant of violations to citizens constitutional rights throughout entire trial process.
63. Injunctive relief in the immediate stay on all criminal proceedings pertaining to class of plaintiffs represented, in, the Souther District of Texas, Houston Divsion until injunctive relief ordered by court and/or carried out by Civil Rights Division of Dept of Justice in Washington, D.C.
64. Upon finding of veracity of allegations in present suit, issuing declaratory relief declaraing that the acts of defendants have violated the Constitutional rights of plaintiffs and stating the defendants' duties with respect to rights violated.
65. Any and all relief this Court deems just, propwer, applicable.
66. Trial by Jury is hereby demanded on all claims alleged herein, and the parties are hereby given notice, pursuant to Fed R. Civ. P. 38 (a)-(c).

Respectfully submitted this 25th day of JANUARY, 2022.

_____ Sye Newton
Plaintiff/Party Representative

_____
Plaintiff/Party Representative

_____
Plaintiff/Party Representative
Joe Corley Processing Center
500 Hilbig Rd.
Conroe,Tx.77301

SYE NEWTON
04787579
500 HILBIG RD.
CONROE, TX. 77301

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208