Case 4:22-cv-00401   Document 10   Filed on 04/22/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYE NEWTON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 4:22-cv-00401 |
| | § | |
| PRESIDENT JOSEPH BIDEN, SR., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order of dismissal (D.E. 9), the Court enters final judgment dismissing with prejudice Plaintiff's complaint. (D.E. 1). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
       April 22nd, 2022